# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE LEE PARKS JR., | 1:11-cv-00463-DLB (HC) |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM |
| v. | |
| BRENDA M. CASH, | [Doc. 3] |
| Respondent. | |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition for writ of habeas corpus on March 18, 2011. On this same date, Petitioner also filed a motion for appointment of a guardian ad litem.

Pursuant to Rule 17(c) of the Federal Rules of Civil Procedure, the Court may appoint a guardian ad litem to protect a incompetent person who is not represented in the action. Fed.R.Civ.P. 17(c); see also Allen v. Calderon, 408 F.3d 1150 (9th Cir. 2005). Although Petitioner contends he is mentally incompetent and he is pursuing this action with the assistance of a jailhouse lawyer, Petitioner has not demonstrated that he is incompetent to prosecute this action, and his motion for the appointment of a guardian ad litem must be denied.

IT IS SO ORDERED.

Dated:  March 24, 2011                    /s/ Dennis L. Beck
                                          UNITED STATES MAGISTRATE JUDGE